# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No.  2:19-cv-18106-SRC-CLW |
| | : |
| v. | : |
| | : |
| | : |
| CAMBREX CORPORATION, GREGORY B. BROWN, M.D., CLAES GLASSELL, LOUIS J. GRABOWSKY, BERNHARD HAMPL, KATHRYN RUDIE HARRIGAN PH.D., ILAN KAUFTHAL, STEVEN M. KLOSK, SHLOMO YANAI, | : |
| , | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  December 2, 2019        Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
270 Madison Avenue
New York, New York 10016
Tel:  (212) 545-4600
Fax: (212) 686-0114

Email:  melwani@whafh.com
*Attorneys for Plaintiff*